United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANET HOOD, *individually and behalf of all others similarly situated*,<br><br>       Plaintiffs,<br><br>vs.<br><br>WHOLESOY & CO., *ET AL.*<br><br>       Defendants. | Case No.: 12-cv-5550 YGR<br><br>**ORDER VACATING HEARING ON MOTION TO DISMISS** |

The court has reviewed the papers submitted by the parties in connection with the Motion of Defendants Wholesoy & Co., *et al.*, To Dismiss and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the April 9, 2013 hearing is **VACATED**. The Court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Dated: April 4, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE